PAINO BROS., INC., Appellant, *v.* CENTRAL NATIONAL BANK OF YONKERS, Respondent.

(Submitted December 2, 1935; decided December 3, 1935.)

*W. Chantler Arbuckle* for motion.
*Henry E. Stohldreier* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant pays respondent ten dollars costs within ten days, in which event the motion is denied.